# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.         CASE NO. **12-** 10247  **-01-** EFM

**EMILY S. JONES,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

**18 U.S.C. § 471**
**(Manufacture of Counterfeit Currency)**

During November of 2012, the exact date of which is unknown to the Grand Jury, in the District of Kansas,

**EMILY S. JONES,**

the defendant herein, with intent to defraud, did falsely make or counterfeit an obligation or other security of the United States, to wit; the defendant manufactured counterfeit One

Hundred Dollar ($100.00) Federal Reserve notes bearing serial number KB64115045A.

The above acts being in violation of Title 18, United States Code, Section 471.

## COUNT TWO

### 18 U.S.C. § 472
### (Attempted Pass of Counterfeit Currency)

On or about November 25, 2012, in the District of Kansas

### EMILY S. JONES,

the defendant herein, with intent to defraud, did attempt to pass and utter a falsely made, forged and altered obligation and security of the United States, that is a United States Federal Reserve Note, in the denomination of One Hundred Dollars ($100.00), bearing serial KB64115045A.

The above acts being in violation of Title 18, United States Code, Section 472.

**A TRUE BILL**

|  December 4, 2012  |  s/Foreperson |
|---|---|
| DATE | FOREPERSON OF THE GRAND JURY |

 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

**It is requested that the trial be held in Wichita, KS**